UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WILLIAM BUNCH**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MAVIS TIRE SUPPLY LLC d/b/a MAVIS DISCOUNT TIRE**,<br><br>Defendant. | No. 7:25-cv-08754 |

### NOTICE OF RELATED CASES

Pursuant to L.R. 1.6 and Rule 13 of the Rules for the Division of Business Among District Judges Southern District of New York, Plaintiff hereby provides notice of the following related actions: *Webb v. Mavis Tire Supply d/b/a Mavis Discount Tire*, Case No. 7:25-cv-08615 (S.D.N.Y); *Pietrangelo v. Mavis Tire Supply d/b/a Mavis Discount Tire, Inc.*, Case No. 7:25-cv-08740 (S.D.N.Y); and *Kearins v. Mavis Tire Supply d/b/a Mavis Discount Tire.*, Case No. 7:25-cv-08751 (S.D.N.Y).

This Action and these related actions assert overlapping causes of action related to the same data breach involving Defendant, are premised on essentially the same factual background and legal theories, name the same Defendant, and assert claims on behalf of nearly identical classes. They satisfy Rule 13 as they concern the same or substantially similar parties and events, there is substantial factual overlap, absent relation (and consolidation), the parties could be subjected to conflicting orders, and without a determination of relatedness there would be a substantial duplication of effort and expense, delay, or undue burden on the Court, parties or witnesses.

Thus, Plaintiff requests that this Court designate this action as related to the *Webb*, *Pietrangelo*, and *Kearins* actions identified above. A copy of this notice is being served on Defendant.

Date: October 17, 2025                                         Respectfully submitted,

                                                               By: /s/ *Leanna A. Loginov*
                                                               Leanna A. Loginov (NY Bar No. 5894753)
                                                               Andrew J. Shamis (NY Bar No. 5195185)
                                                               **SHAMIS & GENTILE, P.A.**
                                                               14 NE 1st Avenue, Suite 705
                                                               Miami, FL 33132
                                                               T: (305) 479-2299
                                                               lloginov@shamisgentile.com
                                                               ashamis@shamisgentile.com

                                                               *Attorneys for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

    I, Leanna A. Loginov, hereby certify that on October 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 23rd day of October, 2025.

                                                By: */s/ Leanna A. Loginov*
                                                Leanna A. Loginov